| People v Reader (Jeffrey) | 2d Dept: 142 AD3d 1109 (Richmond) | denied 1/6/17 (Fahey, J.) |
|---|---|---|
| People v Reyes (Casimiro) | 2d Dept: 137 AD3d 1060 (Kings) | granted 1/25/17 (Garcia, J.) |
| People v Reyes (Manahan) | 1st Dept: 142 AD3d 868 (NY) | denied 1/24/17 (Garcia, J.) |
| People v Reyes (Wendell) | 1st Dept: 144 AD3d 463 (Bronx) | denied 1/11/17 (DiFiore, Ch. J.) |
| People v Rhymes | 4th Dept: 142 AD3d 1400 (Monroe) | denied 1/24/17 (Garcia, J.) |
| People v Richardson (Dante) | 4th Dept: 143 AD3d 1252 (Erie) | denied 1/3/17 (Garcia, J.) |
| People v Richardson (Thomas) | 4th Dept: 142 AD3d 1318 (Monroe) | denied 1/19/17 (Stein, J.) |
| People v Rivera | App Div, 2d Dept: 2016 NY Slip Op 84155(U) (Kings) | dismissed 1/19/17 (Abdus-Salaam, J.) |
| People v Robtoy | 3d Dept: 144 AD3d 1190 (Clinton) | denied 1/16/17 (Rivera, J.) |
| People v Rock | 3d Dept: 144 AD3d 1188 (Schenectady) | denied 1/23/17 (Fahey, J.) |
| People v Rodriguez | 1st Dept: 143 AD3d 497 (Bronx) | dismissed 1/4/17 (Stein, J.) |
| People v Rogers | 4th Dept: 132 AD3d 1270 (Erie) | denied 1/19/17 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Roman | 4th Dept: 144 AD3d 1523 (Onondaga) | denied 1/19/17 (DiFiore, Ch. J.) |
| People v Satlin | 1st Dept: 142 AD3d 920 (NY) | denied 1/16/17 (Rivera, J.) |
| People v Scippio | 3d Dept: 144 AD3d 1184 (Ulster) | denied 1/17/17 (Fahey, J.) |
| People v Scott | 4th Dept: 144 AD3d 1597 (Erie) | denied 1/31/17 (DiFiore, Ch. J.) |
| People v Simmerman | 1st Dept: 144 AD3d 425 (Bronx) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Smalls | App Div, 2d Dept: 2016 NY Slip Op 86585(U) (Westchester) | dismissed 1/19/17 (Abdus-Salaam, J.) |
| People v Smith (Melvin) | 2d Dept: 142 AD3d 1027 (Nassau) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Smith (Ronnie) | 1st Dept: 144 AD3d 471 (Bronx) | denied 1/17/17 (Fahey, J.) |
| People v Solomon | 1st Dept: 144 AD3d 574 (NY) | denied 1/5/17 (Stein, J.) |
| People v Streeter | 4th Dept: 144 AD3d 1544 (Niagara) | denied 1/26/17 (Garcia, J.) (Appeal No. 1) |